

**IT IS ORDERED as set forth below:**

**Date: January 22, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| HEATHER ELIZABETH GOPPERTON,) | | **CHAPTER 13** |
| | ) | |
| | ) | |
| DEBTOR, | ) | |
| | ) | **CASE NO. 23-41293-BEM** |
| HEATHER ELIZABETH GOPPERTON,) | | |
| | ) | |
| | ) | **JUDGE ELLIS-MONRO** |
| Objector, | ) | |
| vs. | ) | |
| | ) | |
| VALUED, INC., | ) | **CONTESTED MATTER** |
| | ) | |
| | ) | |
| Claimant, | ) | |

**CONSENT ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM #5**

  **IT APPEARING** that **HEATHER ELIZABETH GOPPERTON**, the Debtor

herein, having filed an **Objection to Proof Claim #5** of **VALUED, INC.,** herein referred

to as Claimant, on October 29, 2024 (Docket #28), in the above-styled matter; and

**IT FUTHER APPEARING** to this Court that a Notice of Assignment of Hearing was filed on October 29, 2024, setting the matter down for a hearing December 11, 2024; and

**IT FURTHER APPEARING** that on November 15, 2023, Claimant filed an unsecured claim (Claim #5) in the amount of $441,816.38 labelled as "Claims raised in District of Colorado Case No. 23-CV-00926"; and

**IT FURTHER APPEARING** that a response to the Objection to Proof of Claim was filed by Counsel for Claimant on November 22, 2024 (Docket #29); and

**IT FURTHER APPEARING** that Counsel for Debtor and Counsel for Claimant have come to an agreement in which Claimant is willing to lower their claim to $10,000.00 and to be paid through the bankruptcy case; and

**IT FURTHER APPEARING**, that at the call of the calendar no objection was raised.

**IT IS HEREBY ORDERED** that the Debtor's objection is partially sustained such that Claim #5 will be allowed, but only up to $10,000.00 and shall be paid as a general unsecured claim through and pursuant to the Chapter 13 bankruptcy plan.

**IT IS FURTHER ORDERED** that as partial consideration for the agreement between Debtor and Creditor, Debtor agrees to participate in a phone conversation with Claimant's lawyer in the Colorado action, as set out in Claim #5, Mr. Daniel Vedra, Esq., and agrees to set the call with Mr. Vedra at a mutually agreeable time and date, to provide any information requested of her by Mr. Vedra in good faith, and to thereafter acknowledge receipt of an email from Mr. Vedra confirming the matters discussed by them in such phone conversation.

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798
107 E 5th Ave
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com


Consented To By:

/s/ Robert S. Huestis
Robert S. Huestis (with express permission by Jeffrey B. Kelly)
Attorney for Claimant
GA Bar No. 374740
160 Tracy St. Unit 2
Athens, GA 30606
Phone (404) 597-4494
rob@gabusinessdisputes.com


No Opposition:

/s/ Sonya Buckley-Gordon
Sonya Buckley-Gordon (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
GA Bar No. 140987
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448
sonyab@atlch13tt.com

Distribution List

Heather E. Gopperton
6141 Hwy 95
Rock Spring, GA 30739

Valued, Inc.
Attn: Floyd Landis, CEO
1101 Poplar St.
Leadville, CO 80461

Valued, Inc.
Attn: Robert Bell, Vice President
1101 Poplar St.
Leadville, CO 80461

Vedra Law, LLC
Attorney for Valued, Inc.
1444 Blake St.
Denver, CO 80202

Blasingame, Burch, Garrard & Ashley,
P.C.
Attn: Robert S. Huestis, Esq., Attorney
for Valued, Inc.
440 College Ave. Ste. 320
Athens, GA 30601